CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | **Case No. 2:95-225-JAD-VCF** |
| Plaintiff, | |
| v. | **Order Dismissing Indictment** |
| **George Brown,** | |
| Defendant. | |

  The United States has sought leave to dismiss the indictment against defendant George Brown under Fed. R. Crim. P. 48(a). In support, the United States represents that the defendant was charged in 1995 with one or more felony offenses and that he has been in fugitive status since then. It also states that the Social Security Administration has records indicating that the defendant died in 2015. Furthermore, it states that in the unlikely event the information of defendant's death is not accurate, the charges against defendant are too old prove.

Based on the foregoing, IT IS HEREBY ORDERED that the indictment against defendant George Brown is dismissed and any outstanding warrant be quashed.

**DATED** this 3rd day of February 2022.

_____
Honorable Jennifer A. Dorsey
United States District Court Judge